UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS BISSELL, et al., individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., and HONDA MOTOR COMPANY LIMITED,<br><br>            Defendants. | Case No.:  24-cv-02286-AJB-MMP<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS**<br><br>**(Doc. Nos. 24, 32)** |

Plaintiffs Chris Bissell, Cindy Massey, James Orton, Chris Vucovich and Lisa Kiedrowski and Defendant American Honda Motor Co., Inc. ("Honda") jointly move to consolidate this action with *Alcantara, et al. v. American Honda Motor Co.*, No. 3:25-cv-02376-AJB-MMP (S.D. Cal. July 1, 2025), with this action serving as the lead case. (Doc. No. 32.) The parties also jointly propose a schedule governing deadlines for Plaintiffs to file an amended consolidated complaint and briefing on Honda's anticipated motion to dismiss. (*Id.*)

For the reasons stated in this Court's Order to Show Cause Re: Consolidation (Doc. No. 31), and having considered the joint motion, the joint motion to consolidate is **GRANTED** pursuant to Federal Rule of Civil Procedure 42(a). The benefit to judicial

1

convenience of consolidating this action with the *Alcantara* action outweighs the potential for any inconvenience, delay, or expense that consolidation could cause, because consolidation would avoid duplicative discovery and proceedings in these cases that are based on nearly identical allegations, share common issues of law and fact, are in similar stages of development, and are pending in the same venue. *See Huene v. U.S.*,743 F.2d 703, 704 (9th Cir. 1984), *on reh'g*, 753 F.2d 1081 (9th Cir. 1984) (district court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause").

Also, having reviewed the facts and circumstances set forth in the parties' joint motion, and for good cause shown, the Court **GRANTS** the request to set a briefing schedule and hereby **ORDERS** as follows:

1. In light of the Joint Motion, the Order to Show Cause regarding consolidation is hereby discharged. (*See* Doc. No. 31.)

2. Plaintiffs must file an amended consolidated complaint no later than **February 24, 2026**.

3. Honda must answer or otherwise respond to the amended consolidated complaint no later than **April 10, 2026**.[1]  If Honda files a motion to dismiss, Honda will be permitted five (5) additional pages in its brief, for a maximum length of thirty (30) pages.

4. Plaintiffs' opposition, if a motion to dismiss is filed, must be filed no later than **May 11, 2026**. Plaintiffs will be permitted five (5) additional pages in their brief, for a maximum length of thirty (30) pages.

5. Honda's reply, if any, must be filed no later than **May 26, 2026**.

6. If a motion is filed, the Court will review the parties' briefs and set a hearing if necessary.

---

[1] The Court reminds the parties to fully review and comply with the undersigned's Civil Case Procedures prior to filing any noticed motions. *See* J. Battaglia Civ. Case Proc. § III.

24-cv-02286-AJB-MMP

7.      In light of the Joint Motion, and the forthcoming amended consolidated complaint, Honda's pending Motion to Dismiss (Doc. No. 24) is **DENIED AS MOOT**.

   **IT IS SO ORDERED.**

Dated:  February 10, 2026

Hon. Anthony J. Battaglia
United States District Judge

3

24-cv-02286-AJB-MMP